1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT
7                        FOR THE EASTERN DISTRICT OF CALIFORNIA
8
9    YOUNG YIL JO,                              1:07-CV-00075-LJO-NEW(DLB)-P
10              Plaintiff,
11        vs.                                   ORDER TO SUBMIT APPLICATION
                                                TO PROCEED IN FORMA PAUPERIS
12   SIX UNKNOWN NAMES                          **OR** FILING FEE
     AGENTS, et al.,
13
                Defendants.
14   _____/
15        Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to Bivens
16   vs. Six Unknown Agents, 403 U.S. 388 (1971).   Plaintiff has not paid the $350.00 filing fee, or
17   submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. §
18   1915.  Accordingly, IT IS HEREBY ORDERED that:
19        1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma
20   pauperis.
21        2.  Within thirty days of the date of service of this order, plaintiff shall submit a
22   completed application to proceed in forma pauperis, or in the alternative, pay the $350.00 filing fee for
23   this action.   Failure to comply with this order will result in a recommendation that this action be
24   dismissed.
25        IT IS SO ORDERED.
26   **Dated:   March 7, 2007**              _____ **/s/ Dennis L. Beck** _____
     3c0hj8                                  UNITED STATES MAGISTRATE JUDGE
27
28